

**SO ORDERED.**
**SIGNED this 5th day of May, 2022**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

_____

*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

    **JUSTIN WAYNE DUMAS**                   Case No. **3:16-BK-32001-SHB**
    **MERRY DELINA DUMAS**                         Chapter 7

    Debtors.

### ORDER APPROVING COMPROMISE

Ryan E. Jarrard, trustee, moved the Court for authority to compromise a dispute between the Debtor and the trustee. No objections were filed within the required notice period. Based upon the facts presented, the court is of the opinion that the settlement is in the best interests of the estate. The

trustee may compromise the personal injury claim of the debtor for the gross amount of $68,196.33 subject to the deductions and expenses and pursuant to the terms laid out in the underlying motion. Specifically, the trustee is authorized to pay the following litigation expenses:

- $1,415.25 in administrative expenses;
- $8,438.67 to Momentum Funding II, LLC for case advances;
- The special counsel fees and expenses referenced in the underlying motion shall be approved by separate motion as required the Federal Rules of Bankruptcy Procedure.

###

APPROVED FOR ENTRY:

*/S/ Ryan E. Jarrard*
Ryan E. Jarrard, BPR No. 024525
**QUIST, FITZPATRICK & JARRARD, PLLC**
2121 First Tennessee Plaza
Knoxville, TN 37929-9711
Phone: 865-524-1873 ext. 222
rej@qcflaw.com