

**SO ORDERED.**
**SIGNED this 5th day of May, 2022**

_____
Suzanne H. Bauknight
**UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

**JUSTIN WAYNE DUMAS**                Case No. **3:16-BK-32001-SHB**
**MERRY DELINA DUMAS**                          Chapter 7

Debtors.

### ORDER APPROVING FINAL COMPENSATION AND EXPENSES

Ryan E. Jarrard, trustee, sought final compensation of **$25,914.60** in fees and **$2,144.25** in expenses. The attorneys served a copy of the application, together with the approved order upon all required. No objections were filed within the allowed time. The court is therefore of the opinion that the application should be allowed as follows:

1.  Special Counsel for the trustee is hereby permitted the following fees in representing the estate to prosecute a personal injury claim of the Debtor:

    Attorney:                          Payment:

    Dana Lizik
    Johnson Law Group           $28,058.85

### 

**APPROVED FOR ENTRY:**

*/s/ Ryan E. Jarrard*
Ryan E. Jarrard, BPR No. 024525
Chapter 7 Trustee
**QUIST, FITZPATRICK & JARRARD, PLLC**
800 S. Gay Street, Ste. 2121
Knoxville, TN 37929
Phone: (865) 524.1873 ext. 212
rej@qcflaw.com