IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

## MEMORANDUM

**DATE:**  July 8, 2022

**REPLY TO**  Office of the Clerk, United States Bankruptcy Court
**ATTN OF:**  Howard H. Baker, Jr. United States Courthouse
800 Market Street, Suite 330
Knoxville, Tennessee 37902

**SUBJECT:**  3:16-bk-32001-SHB; Justin Wayne and Merry Delina Dumas
Chapter 7

**TO:**  Ryan Jarrard
800 South Gay Street, Suite 2121
Knoxville, TN  37929


Per your request, the following charges are due to the United States:

| | |
|---|---|
| Motion to Reopen | $260.00 |
| TOTAL | $260.00 |