

**SO ORDERED.**
**SIGNED this 22nd day of August, 2022**

_/s/ Suzanne H. Bauknight_
**Suzanne H. Bauknight**
**UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### EASTERN DISTRICT OF TENNESSEE
### KNOXVILLE DIVISION

IN RE:

**JUSTIN WAYNE DUMAS**           Case No. 3:16-bk-32001-SHB
**MERRY DELINA DUMAS**                       Chapter 7

Debtors

### ORDER FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE
### EXPENSES AND CLAIMS ENTITLED TO PRIORITY OF PAYMENT

**Ryan E. Jarrard**, TRUSTEE herein, filed his *Final Report* from which it appears that $68,196.32 was realized from the assets of this estate, and that said Trustee has on hand a balance of $26,873.73 for distribution.

It appears to the court that notice has been given to all necessary parties pursuant to E.D. Tenn. LBR 9013-1(h) and that there have been no objections filed with the Court within the time allowed for such objections. There being no objection to the *Trustee's Application for Allowance of Final Compensation and Reimbursement of Expenses*, it is **GRANTED**, and the administrative expenses are allowed and shall be paid as follows:

| Claimant | Allowed | Paid to Date | Allowed by this Order |
|---|---:|---:|---:|
| Ryan E. Jarrard Trustee Fees | $1,286.42 | $0.00 | $1,286.42 |
| Ryan E. Jarrard Trustee Expenses | $111.93 | $0.00 | $111.93 |

| **TOTAL** ADMINISTRATIVE EXPENSES TO BE PAID PURSUANT TO THIS ORDER: | | | $1,398.35 |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

###

APPROVED FOR ENTRY:

**PAUL A. RANDOLPH**
United States Trustee

*/s/ Tiffany A. DiIorio*
Tiffany A. DiIorio, Esq.
Trial Attorney, Fla. Bar No. 013971
**U.S. Department of Justice**
Office of the U.S. Trustee
800 Market Street, Suite 114
Knoxville, TN 37902


SUBMITTED BY:

*/s/ Ryan E. Jarrard, TRUSTEE*
Ryan E. Jarrard, TRUSTEE
BPR No.

800 S Gay Street, Suite 2121
Knoxville, TN 37929
(865) 524-1873